IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ARROWOOD SURPLUS LINES INSURANCE COMPANY, | ) ) ) | CIVIL NO. 13-00505 LEK-KSC |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| PAUL RYAN ASSOCIATES, INC.; NORTH AMERICAN CAPACITY INSURANCE COMPANY, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 29, 2014, and Defendants having informed this Court that they will neither seek reconsideration of nor appeal the Findings and Recommendation,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Deny Defendants' Motion to Transfer Venue" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, February 5, 2014.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**ARROWOOD SURPLUS LINES INSURANCE COMPANY VS. PAUL RYAN ASSOCIATES, INC., ET AL; CIVIL NO. 13-00505 LEK-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**